**McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 993-8100

*Counsel for Defendant Ameridose, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER L. TOLOTTI and JOSEPH TOLOTTI, W/H, <br><br> Plaintiffs, <br><br> v. <br><br> NEW ENGLAND COMPOUNDING PHARMACY, INC., d/b/a NEW ENGLAND COMPOUNDING CENTER, et al., <br><br> Defendants | CASE NO. 1:12-cv-07716-RMB-JS <br><br><br><br> **DEFENDANT AMERIDOSE, LLC'S <br> CORPORATE DISCLOSURE <br> STATEMENT** |

Defendant Ameridose, LLC, pursuant to Federal Rule of Civil Procedure 7.1, makes the following corporate disclosure:

Ameridose does not have any parent corporations and no publicly-held corporation owns 10% or more of Ameridose's stock.

Dated this 14th day of January, 2013.

                                                                        */s/ Walter F. Timpone*
                                                                        Walter F. Timpone
                                                                        Walter R. Krzastek
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
Phone:     973.425.8701
Fax:       973.425.0161
wtimpone@mdmc-law.com
wkrzastek@mdmc-law.com
*Attorneys for Defendant Ameridose, LLC*

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing has been filed with the Clerk of Courts on January 14, 2013 using the ECF system that sent notification of this filing to all ECF-registered counsel of record via e-mail generated by the Court's ECF system.

> */s/ Walter F. Timpone*
> Walter F. Timpone
> *Attorney for Defendant Ameridose, LLC*

1604123.1